AUSA

FILED

FEB 25 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8165

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Jose Maria SALCEDO<br>Defendant. | Magistrate Case No.:<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about February 22, 2008, within the Southern District of California, defendant Jose Maria SALCEDO did knowingly and intentionally import approximately 33.52 kilograms (73.74 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached statement of facts incorporated herein by reference.

Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence this 25th day of February 2008.

Peter C. Lewis
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

I, Special Agent Russell H. Vensk Jr., declare under penalty of perjury, the following is true and correct:

On February 22, 2008, at approximately 1248 hours, Jose Maria SALCEDO entered the United States from Mexico at the Calexico, Ca., East Port of Entry. SALCEDO was the driver, sole occupant and registered owner of a 2002 Chevrolet Avalanche.

During an inspection of the vehicle, Customs & Border Protection Officers discovered twenty-six packages concealed within a compartment in the right rear wall of the truck bed. One of the packages was probed and a white powdery substance was extracted, which was field-tested and gave a positive indication for the presence of cocaine. The total weight of the packages was 33.52 kilograms (73.74 pounds).

SALCEDO was arrested for a violation of Title 21, United States Code, Sections 952 & 960, Importation of Controlled Substances.

Executed on 02/22/08 (date) at 2225 (hours).

[signature]
Russell H. Vensk Jr.
Special Agent
Immigration & Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant(s) named in the probable cause statement committed the offense on 02/22/08 in violation of Title 21, United States Code, Section(s) 952 & 960.

[signature]
Nita L. Stormes
United States Magistrate-Judge

2-23-08 @ 11:30am
Date/ Time