AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number: 08mj8165

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOSE MARIA SALCEDO

I certify that I am admitted to practice in this court.

2/27/2008
Date

/s/ John C. Ellis, Jr.
Signature

John C. Ellis, Jr. / Federal Defenders of SD 228083
Print Name Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City State Zip Code

(619) 234-8467 (619) 687-2666
Phone Number Fax Number