FILED

08 MAR -5 PM 3:48

U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury '08 CR 0646 WQH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE MARIA SALCEDO, Defendant. | Criminal Case No. ________ |
| | I N D I C T M E N T |
| | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute |

The grand jury charges:

Count 1

On or about February 22, 2008, within the Southern District of California, defendant JOSE MARIA SALCEDO did knowingly and intentionally import 5 kilograms and more, to wit: approximately 33.52 kilograms (73.74 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

//

CPH:fer:Imperial
2/29/08

CR

Count 2

On or about February 22, 2008, within the Southern District of California, defendant JOSE MARIA SALCEDO did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 33.52 kilograms (73.74 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: March 5, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CAROLINE P. HAN
Assistant U.S. Attorney