**JOHN C. ELLIS, JR.**
California State Bar No. 228083
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-mail: john_ellis@fd.org

Attorneys for Mr. Jose Maria Salcedo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MARIA SALCEDO,<br><br>Defendant. | ) | Case No.: 08cr0646-WQH<br><br>Date: April 18, 2008<br>Time: 1:00 p.m.<br><br>**NOTICE OF MOTION AND MOTION TO:**<br><br>**(1) COMPEL DISCOVERY/PRESERVE EVIDENCE.** |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
ANDREW SCHOPLER, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on April 18, 2008, at 1:00 p.m., or as soon thereafter as counsel may be heard, the accused, Jose Maria Salcedo, by and through his attorneys, John C. Ellis, Jr. and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motion outlined below.

////

////

////

////

////

**MOTION**

Defendant, Mr. Salcedo, by and through his attorneys, John C. Ellis, Jr. and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Compel Discovery/Preserve Evidence.

This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on this motion.

Respectfully submitted,

Dated: March 27, 2008

*/s/ John C. Ellis, Jr.*

**JOHN C. ELLIS, JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Salcedo
john_ellis@fd.org