UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 08CR0646-WQH |
| ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| JOSE MARIA SALCEDO, ) | |
| ) | |
| Defendant. ) | |
| ______________________________) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Motions and Motions has been electronically served this day upon:

Andrew Schopler, Assistant United States Attorney
880 Front Street
San Diego, CA 92101

Dated: March 27, 2008

*/s/ John C. Ellis, Jr.*

JOHN C. ELLIS, JR.
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
E-mail: john_ellis@fd.org